GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| VATCHE SARKOYAN,<br><br>             Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>             Defendant. | Case No. 2:24-cv-02316-JCM-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 31, 2025 through and including **March 3, 2025**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

//

//

1  approves.  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted, this 29th day of January, 2025.

3

4  CLARK HILL PLLC                                    *Services LLC*

5  By: /s/Gia N. Marina
   Gia N. Marina
6  Nevada Bar No. 15276                                /s/ Craig K. Perry
7  1700 S. Pavilion Center,                            Craig K. Perry
   Suite 500                                           **Craig K. Perry & Associates**
8  Las Vegas, NV 89135                                 3450 W. Cheyenne Ave, Suite 400
   Tel: (702) 862-8300                                 Ste 400 89032
9  Fax: (702) 778-9709                                 North Las Vegas, NV 89032
   Email: gmarina@clarkhill.com                        702-228-4777
10 *Attorney for Defendant Equifax Information*        Email: cperry@craigperry.com
11                                                     *Attorney for Plaintiff*

12                                                     **No opposition**

13

14 IT IS SO ORDERED:

15

16 _____
   United States Judge

17
   DATED:  January 30, 2025
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 29th day of January, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709