1

2

3

4

5

6

7

GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| VATCHE SARKOYAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>                    Defendant. | **Case No. 2:24-cv-02316-JCM-BNW**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

   Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 3, 2025 through and including **March 21, 2025**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

/ /

/ /

approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 26th day of February, 2025.

CLARK HILL PLLC

By:  /s/Gia N. Marina
    Gia N. Marina
    Nevada Bar No. 15276
    1700 S. Pavilion Center,
    Suite 500
    Las Vegas, NV 89135
    Tel: (702) 862-8300
    Fax: (702) 778-9709
    Email: gmarina@clarkhill.com
    *Attorney for Defendant Equifax*
    *Information Services LLC*

CRAIG K. PERRY & ASSOCIATES

By: /s/ Craig K. Perry
    Craig K. Perry
    3450 W. Cheyenne Ave, Suite 400
    Ste 400 89032
    North Las Vegas, NV 89032
    702-228-4777
    Email: cperry@craigperry.com
    *Attorney for Plaintiff*

**No opposition**

**IT IS SO ORDERED**

**DATED:** 9:29 am, February 27, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 26th day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709