1 | GIA N. MARINA, ESQ.
Nevada Bar No. 15276
2 | **CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
3 | Las Vegas, Nevada 89135
Telephone: (702) 862-8300
4 | E-mail: gmarina@clarkhill.com

5 | Attorneys for Defendant,
Equifax Information Services LLC

6 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| VATCHE SARKOYAN | CASE NO. 2:24-cv-02316-JCM-BNW |
|---|---|
| Plaintiff, | |
| Vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| EQUIFAX INFORMATION SERVICES | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Vatche Sarkoyan and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

///

///

///

Plaintiff and Defendant Equifax have agreed that each party will bear its own attorneys' fees and costs.

Respectfully submitted this 15th day of September 2025.

| | |
|---|---|
| /s/ Craig K. Perry | /s/ Gia N. Marina |
| Craig K. Perry | Gia N. Marina, Esq. |
| Nevada Bar No. 003786 | Nevada Bar No. 115276 |
| **CRAIG K. PERRY & ASSOCIATES** | **CLARK HILL PLLC** |
| 6210 N. Jones Blvd | 1700 South Pavilion Center Drive |
| Unit 753907 | Suite 500 |
| Las Vegas, Nevada 89136 | Las Vegas, Nevada 89135 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Vatche Sarkoyan* | *Equifax Information Services LLC* |

**IT IS ORDERED** that the Stipulation is **GRANTED**

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only.

**IT IS SO ORDERED.**

DATED: September 15, 2025

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE